UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON LAWRENCE BROHMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No. 17-cv-00655-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a former detainee, has filed a civil rights action that was dismissed with leave to amend. Court mail that the clerk sent to plaintiff at his last known address has been returned as undeliverable because plaintiff is no longer in custody. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: November 7, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SON LAWRENCE BROHMAN,

Plaintiff,

v.

CONTRA COSTA COUNTY, et al.,

Defendants.

Case No. 17-cv-00655-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Son Lawrence Brohman ID: CC16IL924
901 Court Street Martinez Detention Facility
Martinez, CA 94553


Dated: November 7, 2017

Susan Y. Soong
Clerk, United States District Court


By:_____
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO